**Order entered April 23, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01273-CV

**EVANGELINA AMARO, Appellant**

**V.**

**ROBERTO AMARO, SR., Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11611**

### ORDER

The reporter's record in this case is overdue. By order dated March 17, 2020, we ordered Francheska Duffey to file the reporter's record in this case by April 1, 2020. To date, the reporter's record has not been filed, nor has Ms. Duffey otherwise corresponded with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Francheska Duffey to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record or (2) written verification appellant has not paid for or made arrangements to pay for the

reporter's record. *We notify appellant that if we receive verification she has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Duffey that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Duffey comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Hon. Andrea D. Plumlee
Presiding Judge
330th Judicial District Court

Francheska Duffey
Official Court Reporter
330th Judicial District Court

/s/ KEN MOLBERG
   JUSTICE